[No. 8762-2-I. Division One. February 23, 1981.]

OLEN V. ANDREW, ET AL, *Appellants,* v. KING COUNTY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 864621, James J. Dore, J., entered June 27, 1979. *Reversed* by unpublished opinion per Callow, J., concurred in by James, C.J., and Ringold, J.

[No. 3679-1-III. Division Three. February 26, 1981.]

EUGENE R. SPRING, *Appellant,* v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent.*

Appeal from a judgment of the Superior Court for Stevens County, No. 20986, Sidney R. Buckley, J., entered October 8, 1979. *Affirmed* by unpublished opinion per Roe, A.C.J., concurred in by Green and Munson, JJ.

[No. 3635-9-III. Division Three. February 26, 1981.]

WALLA WALLA DEVELOPMENT COMPANY, *Appellant,* v. JOHN GLENN JOHNSON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 72162, Yancey Reser, J., entered September 18, 1979. *Affirmed* by unpublished opinion per Roe, A.C.J., concurred in by Green and Munson, JJ.